JOHN BRYANT, Appellant, *v.* PRESBYTERIAN HOSPITAL IN THE CITY OF NEW YORK, Respondent.

Submitted July 13, 1953; decided October 8, 1953.

Motion to amend remittitur denied, with $10 costs. (See *Riley* v. *Pierce Oil Corp.,* 245 N. Y. 152, 154; *Hansen* v. *City of New York,* 299 N. Y. 136, 138.) [See 304 N. Y. 538.]